# Court of Appeals
# of the State of Georgia

ATLANTA,___March 03, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0992. BETTY MYRICK LOWE v. CITIMORTGAGE, INC.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Betty Lowe appealed the magistrate court's decision to the superior court. The superior court granted summary judgment and issued a writ of possession in favor of Citimortgage, Inc. Lowe filed both an application for a discretionary appeal and a direct appeal. We dismissed the application for discretionary appeal, finding that Lowe did not timely file her application. *Lowe v. Citimortgage*, Application No. A14D0086 (dismissed Nov. 13, 2013). We likewise must dismiss Lowe's direct appeal.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Lowe was required to follow the discretionary appeal procedures, as she attempted to do. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*